**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **SABLE PERMIAN RESOURCES, LLC, *et al.*,** | § | **Case No. 20-33193 (MI)** |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| **EXCALIBUR ENERGY COMPANY,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Adversary No. 20-3495** |
| **SABLE PERMIAN RESOURCES, LLC and SABLE LAND COMPANY, LLC** | § | |
| **Defendants.** | § | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41 and Federal Rule of Bankruptcy Procedure 7041, Excalibur Energy Company, by its undersigned attorney, hereby notifies the Court and the Defendants that Excalibur voluntarily dismisses the above-

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Sable Permian Resources, LLC (5172); SPR Stock Holdings, LLC (2065); Sable Permian Resources Operating, LLC (3212); SPR Holdings, LLC (3611); SPRH Finance Corporation (1390); Sable Permian Resources Corporation (9049); Sable Permian Resources Finance, LLC (6841); SPR Finance Corporation (0359); and Sable Land Company, LLC (7101). The location of the Debtors' main corporate headquarters and the Debtors' service address is: 700 Milam Street, Suite 3100, Houston, TX 77002.

captioned Adversary Proceeding. This dismissal is without prejudice. The Defendants have not served an answer or a motion for summary judgment in the above-captioned proceeding.

Dated: December 16, 2020.

*Respectfully submitted,*

**Yocom Rine Law Offices**
/s/ Jana Rine

Jana Rine
SBN 11081400
2150 S. Central Expressway
Suite 200
McKinney, Texas 75072
Jrine@yocomrinelaw.com
972-439-2761

*Attorney for Excalibur Energy Company*

**Certificate of Service**

I certify that a copy of the foregoing document was served on all parties of Record via CM/ECF and email transmission on December 16, 2020.

/s/ Jana Rine

Jana Rine